IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN THOMAS<br>　　　　Petitioner,<br><br>v.<br><br>SUPT. THOMAS MCGINLEY, *et al.*<br>　　　　Respondents. | :<br>:<br>:　CIVIL ACTION NO. 16-5008<br>:<br>:<br>:<br>:<br>: |

# ORDER

**AND NOW**, this 30th day of January 2018, upon consideration of the Petition for a Writ of Habeas Corpus [Doc. No. 1] and all related filings, and upon review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice ("R&R") [Doc. No. 16], and the Objections thereto [Doc. No. 20], and in accordance with the memorandum opinion issued this day, it is hereby **ORDERED** that:

1. The Objections [Doc. No. 20] are **OVERRULED**;

2. The Report and Recommendation [Doc. No. 16] is **APPROVED and ADOPTED**;

3. The Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITH PREJUDICE and without a hearing**;

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/ Cynthia M. Rufe, J.**

　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**